**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-6401**

---

JERRY LEWIS ADAMS,

        Plaintiff - Appellant,

    v.

J. FIELDS, Director of Treatment, BACC; H. P. PONTON, Warden, BACC,

        Defendants - Appellees,

    and

T. COLEMAN, Major, BACC; G. BUGG, BACC; M. DODSON, Regional Director; G. P. WILLIAM, Assistant Warden, BACC,

        Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:06-cv-00621-HCM-JEB)

---

Submitted: May 29, 2008          Decided: June 5, 2008

---

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerry Lewis Adams, Appellant Pro Se. Susan Bland Curwood, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lewis Adams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Adams v. Fields</u>, No. 2:06-cv-00621-HCM-JEB (E.D. Va. Feb. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>